# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MICHELLE MASON WHITE

NO.  2024 CW 1132

VERSUS

JEFFERY DAVID WHITE

**FEBRUARY 3, 2025**

---

In Re:    Jeffery David White, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 222,307.

---

BEFORE:    **PENZATO, WOLFE, MILLER, EDWARDS, AND CALLOWAY,[1] JJ.**

**WRIT GRANTED.** The district court's October 1, 2024 ruling which granted the exception of no cause of action filed by Michelle White is reversed. The purpose of the exception of no cause of action is not to determine whether the plaintiff will ultimately prevail at trial, but to only ascertain if a cause of action exists. **Benoist v. Jackson National Life Insurance Company**, 2022-0878 (La. App. 1st Cir. 4/14/23), 364 So.3d 1162, 1165-66. No evidence may be introduced to support or controvert the exception of no cause of action. The exception is triable on the face of the pleadings, and, for purposes of resolving the issues raised by the exception, the well-pleaded facts in the petition must be accepted as true. The issue at the trial of the exception is whether, on the face of the petition, the plaintiff is legally entitled to the relief sought. **Id.** at 1166. Any reasonable doubt concerning the sufficiency of the petition must be resolved in favor of finding a cause of action has been stated. **Christian Schools, Inc. v. Louisiana High School Athletic Association**, 2020-0762 (La. App. 1st Cir. 5/18/22), 342 So.3d 1068, 1074, writ denied, 2022-01015 (La. 10/12/22), 348 So.3d 78. The exception at issue herein sought to disprove the allegations of fraud and ill practice asserted by Jeffery White by arguing what the records and evidence will purportedly show. However, that is not the purpose of the exception of no cause of action. Accordingly, the exception of no cause of action filed by Michelle White is denied.

**EW**
**BDE**
**CAC**

**Penzato, J.,** dissents and would grant the writ for the sole purpose of remanding this matter to the district court to allow Jeffery White an opportunity to amend his petition to remove the grounds of the exception, if he can. See La. Code Civ. P. art. 934.

**Miller, J.,** dissents and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1]**Calloway, J.,** serving as judge *pro tempore* of the Court of Appeal, First Circuit, by special appointment of the Louisiana Supreme Court.